IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ROY : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 09-1486 |
| SULLAIR CORPORATION, et al., : | |
|     Defendants. : | |

### ORDER

AND NOW, this 25th day of August, 2010, upon consideration of the motion for summary judgment filed in this matter by Defendant Giles & Ransome Inc. (Doc. No. 21) and the parties' responses and replies thereto, and following upon oral argument held on August 5, 2010, **IT IS HEREBY ORDERED THAT** the motion for summary judgment is **DENIED** for the reasons set forth in the memorandum opinion filed this date.

                                          BY THE COURT:

                                          /s/ David R. Strawbridge
                                          DAVID R. STRAWBRIDGE
                                          UNITED STATES MAGISTRATE JUDGE